IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHNNY FRANCIQUE,**

    **Plaintiff,**

v.                                                                                      Case No. 4:22-cv-355-AW-MAF

**SGT. MIXION and CAPT. MOCK,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 9 report and recommendation. ECF No. 11. There has been no objection. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on March 10, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge